AUSA:  Jeremiah Smith      Telephone:  (313) 226-9100
Special Agent:  Troy Williams      Telephone:  (313) 202-3400

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
    v.

Carlos Johnson

Case No.    Case: 2:23−mj−30388
Assigned To : Unassigned
Assign. Date : 9/26/2023
USA V. JOHNSON (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 25, 2023 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon |
| 18 U.S.C. § 922(o) | Illegal possession of a machine gun |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Troy D. Williams, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ September 26, 2023 _____

_____
*Judge's signature*

City and state:  Detroit, Michigan _____

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

**<u>AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A
CRIMINAL COMPLAINT AND ARREST WARRANT</u>**

I, Troy D. Williams, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearm and Explosives (ATF) and have been since March 2022. I have had extensive law enforcement training, including at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I also have a bachelor's degree in criminal justice.

2.      Prior to becoming a Special Agent with the ATF, I was employed with the Detroit Police Department (DPD) for approximately five years as police officer before becoming a sergeant. During my employment with DPD, I was assigned to multiple specialized units including but not limited to the ATF Task Force. As an ATF task force officer, I investigated criminal violations relating to firearms, firearms trafficking, criminal street gangs and controlled substances both as a case agent and assisting officer.

3.      This affidavit is comprised of information based on my personal knowledge and information provided by other law enforcement officers. I have not included each and every fact known to me concerning this investigation; rather, I have set forth only the facts necessary to establish probable cause.

1

4.     The information outlined below is for the limited purpose of establishing probable cause that Carlos JOHNSON (XX/XX/2001) has violated 18 U.S.C. § 922(g)(1) – possession of a firearm by a convicted felon and 18 U.S.C. § 922(o) – illegal possession of a machine gun.

## PROBABLE CAUSE

5.     In August of 2023, the ATF began investigating JOHNSON for his involvement in a recent non-fatal shooting on 32nd Street in Detroit, Michigan. According to both victims, N.W. ("Victim 1"), and N.S. ("Victim 2"), during the incident, JOHNSON pistol-whipped Victim 1 and shot at Victim 2 multiple times. Victim 2 was not struck by the bullets. Preliminary analysis of the 9mm shell casings recovered from the scene indicate that the same firearm was used in three other recent shootings. Over the next few weeks, the ATF obtained a pen trap and trace order for an Instagram (IG) account and a federal search warrant for a cellular device associated with JOHNSON. Review of the IG account further established JOHNSON's involvement with firearms (see Image 1).

*Image 1*



6.      On September 25, 2023, the ATF and other law enforcement personnel executed a federal search warrant at JOHNSON's residence located at 3XXX 32ⁿᵈ Street in Detroit, Michigan.  Upon approach, agents observed JOHNSON inside of a black Dodge Challenger, which was later identified as stolen. Agents detained JOHNSON and located a firearm on the driver's seat where JOHNSON had been seated. The recovered firearm was a Glock 19, Gen 5, 9mm caliber pistol, bearing the serial number BZHE608. The Glock 19 was equipped with a machine gun conversion device (MCD) and loaded with 1 live round in the chamber plus 29 live rounds inside an extended magazine.

3

7.     During a post-*Miranda* interview, JOHNSON waived his rights and stated that he obtained the Glock 19 when he obtained the Dodge Challenger approximately three days ago. Johnson stated he knew the Glock 19 was equipped with an MCD. He also acknowledged being a convicted felon.

8.     On September 25, 2023, ATF Special Agent and firearms interstate nexus expert Michael Jacobs examined the seized Glock 19 pistol. Special Agent Jacobs stated the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18, United States Code, Chapter 44, Section 921(a)(3). Special Agent Jacobs also test-fired the seized Glock 19 and indicated that, with a single pull of the trigger, it functioned as a machine gun.

9.     Title 18, United States Code, Section 922(o) prohibits the possession of a machine gun manufactured after May 19, 1986. An individual can affix an MCD to a Glock pistol to make the pistol shoot automatically and function as a machine gun. Pursuant to 18 U.S.C. § 921(a)(23), the term "machinegun" has the meaning given such term in Section 5845(b) of the National Firearms Act (NFA) (26 U.S.C. § 5845(b)). Under the NFA, the term "machinegun" means "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for

4

use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person." 26 U.S.C. § 5845(b). A MCD – commonly referred to as a "Glock Switch" or "Glock Auto Sear" – is a part, or combination of parts, designed and intended for use in converting a semiautomatic Glock pistol into a weapon that shoots automatically more than one shot, without manual reloading, by a single function of the trigger. Therefore, it is a "machinegun." Further, ATF is not aware of any MCDs for Glock pistols that were developed before May 19, 1986. As such, MCDs for Glock pistols are considered post-1986 machine guns.

10.     On August 17, 2023, I reviewed JOHNSON's computerized criminal history. In December 2019, he was convicted for felony weapons – carrying concealed. In May 2022, he was convicted for felony receiving and concealing a stolen motor vehicle. In September 2022, he was convicted for three counts of felony uttering and publishing counterfeit bills or notes. At the time of this arrest, the Law Enforcement Information Network showed an active, full extradition warrant for Johnson's arrest in connection with a state probation violation.

## CONCLUSION

11.     Probable cause exists that Carlos JOHNSON (XX/XX/2001), knowing that he had previously been convicted of a crime punishable by more than one year of imprisonment, knowingly possessed a Glock 19 Gen 5 firearm, equipped with a

functioning MCD, that had travelled in or affected interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and (o). This violation occurred on or about September 25, 2023, in the Eastern District of Michigan.

Respectfully submitted,

Troy D. Williams, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Dated:   September 26, 2023

6